No. 79–1620.   LOMBARD, SHERIFF, ET AL. *v.* COOPER ET AL. Ct. App. N. Y.   Certiorari denied.

No. 79–1627.   GREEN *v.* COUNTY OF ALAMEDA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 79–1692.   FAMOLARE, INC. *v.* EDISON BROTHERS STORES, INC., ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 79–1699.   HAWAIIAN TELEPHONE CO. ET AL. *v.* DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS OF HAWAII ET AL. C. A. 9th Cir.   Certiorari denied.

No. 79–1715.   PARRISH ET AL. *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 79–1745.   SCAFIDI *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 79–1758.   ERICKSON ET UX. *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 79–1773.   ERICKSON ET UX. *v.* EUBANKS, U. S. DISTRICT JUDGE.   C. A. 10th Cir.   Certiorari denied.

No. 79–6035.   GARCIA *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 79–6134.   CHRISTIAN *v.* TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 79–6165.   LUMSDEN *v.* MISSOURI.   Sup. Ct. Mo.   Certiorari denied.

No. 79–6172.   SHARP *v.* RHODES ET AL.   C. A. 6th Cir. Certiorari denied.

No. 79–6179.   CHAVEZ *v.* WYOMING.   Sup. Ct. Wyo.   Certiorari denied.